**PERSONAL WEB TECHNOLOGIES, LLC, Appellant**

v.

**EMC CORPORATION, VMWARE, INC., Appellees.**

Nos. 2014–1602, 2014–1603, 2014–1604, 2014–1605, 2014–1606, 2014–1607.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2015.

Joel Lance Thollander, McKool Smith, PC, Austin, TX, argued for appellant. Also represented by Pierre J. Hubert; Daniel Luke Geyser, Dallas, TX; Lawrence Milton Hadley, Roderick George Dorman, McKool Smith Hennigan, P.C., Los Angeles, CA.

William F. Lee, Wilmer Cutler Pickering Hale and sented by Mark Christopher Fleming, Peter M. Dichiara, Anna E. Lumelsky, Cynthia D. Vreeland; David Langdon Cavanaugh, Washington, DC; Arthur Wallis Coviello, Palo Alto, CA; Krishnendu Gupta, William R. Clark, Thomas A. Brown, EMC Corporation, Hopkington, MA. Appellee VMWare, Inc. also represented by Brooks M. Beard, Morrison & Foerster LLP, San Francisco, CA.

PROST, Chief Judge, NEWMAN and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**